# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-2560-CAB |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION AND JUDGMENT DISMISSING INDICTMENT** |
| HECTOR IVAN MERCADO-MEZA, | |
| Defendant. | |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion [Dkt. No. 18], and **DISMISSES** the Indictment without prejudice.

**IT IS SO ORDERED.**

DATED: 7/22/19

HON. CATHY ANN BENCIVENGO
United States District Judge